IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-00329-01-CR-W-GAF |
| | ) | |
| BRIAN MICHAEL CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Brian Michael Clark appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) and (C) to Count One of the Information charging him with attempted enticement of a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b). Defendant Clark also admitted to the Forfeiture Allegation in the Information and agreed to forfeit the property described therein. The Plea Agreement states that the Government agrees to dismiss the Indictment after the defendant is sentenced in this case.

I determined that the guilty plea is knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. A record was made of the proceedings and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Brian Michael Clark's plea of guilty be conditionally accepted and that the Court defer a decision on the Plea Agreement until the Court has reviewed the presentence report as contemplated by Fed.R.Crim.P. 11(c)(3).

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

                                           */s/ Lajuana M. Counts*
                                           Lajuana M. Counts
                                           United States Magistrate Judge

2

Case 4:20-cr-00329-GAF   Document 63   Filed 09/26/23   Page 2 of 2